1  Vincent P. Hurley #111215
   Amanda M. Cohen #243946                    **E-filed February 10, 2012 **
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants
6  CITY OF SOLEDAD and FRED J. LEDESMA

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  _____
                                        )   Case No. C12-00107-HRL
12  HMBY, LP, a limited partnership, and)
    NADER T. AGHA, an individual,       )   SUBSTITUTION OF COUNSEL AND
13                                      )   [PROPOSED] ORDER PERMITTING
                        Plaintiffs,     )   WITHDRAWAL
14                                      )
                vs.                     )   [Pursuant to USDC Northern District
15                                      )   Local Rule 11-5]
    CITY OF SOLEDAD; FRED J.            )
16  LEDESMA; and DOES 1 50, inclusive,  )
                                        )
17                      Defendants.     )
                                        )
18  _____)

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         Please take notice that Defendants CITY OF SOLEDAD and FRED J. LEDESMA make

22  the following substitution of counsel:

23         Former legal representative:

24                         Benjamin P. Fay, #178856
                           Rick W. Jarvis, #154479
25                         Clifford Campbell, #60734
                    Michael F. Rodriquez, City Attorney, #127049
26                  JARVIS, FAY, DOPORTO & GIBSON, LLP
                           492 Ninth Street, Suite 310
27                         Oakland, CA  94607
                           Tel: (510) 238-1400
28                         Fax: (510) 238-1404

                                          1

1  New legal representative:

2  Vincent P. Hurley #111215
   Amanda M. Cohen #243946
3  LAW OFFICES OF VINCENT P. HURLEY
   38 Seascape Village
4  Aptos, CA  95003
   Tel: (831) 661-4800
5  Fax: (831) 661-4804

6  All below signors consent to this substitution and hereby request an order permitting

7  JARVIS, FAY, DOPORTO & GIBSON, LLP to withdraw from this action.

8  Dated: February 3, 2012

9  By: _____/s/ Adela Gonzalez_____
       ADELA GONZALEZ, City Manager, for
10     Defendant CITY OF SOLEDAD

11

12 Dated: February 3, 2012

13 By: _____/s/ Fred J. Ledesma_____
       FRED J. LEDESMA, Defendant

14

15 Dated: February 6, 2012

   JARVIS, FAY, DOPORTO & GIBSON, LLP
16

17

18 By: _____/s/ Benjamin P. Fay_____
       BENJAMIN P. FAY
19 Former Attorneys for Defendants
   CITY OF SOLEDAD and FRED J. LEDESMA
20

21 Dated: February 6, 2012

22 LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation

23

24

25 By: _____/s/ Amanda Cohen_____
       AMANDA COHEN
   New Attorneys for Defendants
26 CITY OF SOLEDAD and FRED J. LEDESMA

27

28

2

## [~~PROPOSED~~] ORDER

Consent having been provided and notice given to all parties, said substitution is so ordered. The attorneys of JARVIS, FAY, DOPORTO & GIBSON, LLP are hereby granted leave to withdraw. The attorneys of the LAW OFFICES OF VINCENT P. HURLEY are hereby recognized as counsel of record for Defendants City of Soledad and Fred L. Ledesma.

Dated: February 10, 2012

_____
~~Judge of the United States District Court~~
Magistrate Judge Howard R. Lloyd