Vincent P. Hurley #111215
Amanda M. Cohen #243946
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

**E-filed February 10, 2012**

Attorneys for Defendants
CITY OF SOLEDAD and FRED J. LEDESMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HMBY, LP, a limited partnership, and NADER T. AGHA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SOLEDAD; FRED J. LEDESMA; and DOES 1 50, inclusive,<br><br>Defendants. | Case No. C12-00107-HRL<br><br>SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER PERMITTING WITHDRAWAL<br><br>[Pursuant to USDC Northern District Local Rule 11-5] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants CITY OF SOLEDAD and FRED J. LEDESMA make the following substitution of counsel:

Former legal representative:

Benjamin P. Fay, #178856
Rick W. Jarvis, #154479
Clifford Campbell, #60734
Michael F. Rodriquez, City Attorney, #127049
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Tel: (510) 238-1400
Fax: (510) 238-1404

1

1    New legal representative:

Vincent P. Hurley #111215
Amanda M. Cohen #243946
LAW OFFICES OF VINCENT P. HURLEY
38 Seascape Village
Aptos, CA 95003
Tel: (831) 661-4800
Fax: (831) 661-4804

All below signors consent to this substitution and hereby request an order permitting JARVIS, FAY, DOPORTO & GIBSON, LLP to withdraw from this action.

Dated: February 3, 2012

By:    /s/ Adela Gonzalez
ADELA GONZALEZ, City Manager, for
Defendant CITY OF SOLEDAD

Dated: February 3, 2012

By:    /s/ Fred J. Ledesma
FRED J. LEDESMA, Defendant

Dated: February 6, 2012

JARVIS, FAY, DOPORTO & GIBSON, LLP

By:    /s/ Benjamin P. Fay
BENJAMIN P. FAY
Former Attorneys for Defendants
CITY OF SOLEDAD and FRED J. LEDESMA

Dated: February 6, 2012

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:    /s/ Amanda Cohen
AMANDA COHEN
New Attorneys for Defendants
CITY OF SOLEDAD and FRED J. LEDESMA

# [PROPOSED] ORDER

Consent having been provided and notice given to all parties, said substitution is so ordered. The attorneys of JARVIS, FAY, DOPORTO & GIBSON, LLP are hereby granted leave to withdraw. The attorneys of the LAW OFFICES OF VINCENT P. HURLEY are hereby recognized as counsel of record for Defendants City of Soledad and Fred L. Ledesma.

Dated: February 10, 2012

_____
Judge of the United States District Court
Magistrate Judge Howard R. Lloyd