\*\* E-filed March 19, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HMBY, LP; and NADER AGHA, | No. C12-00107 HRL |
| Plaintiffs,<br>v.<br>CITY OF SOLEDAD; FRED LEDESMA; and DOES 1-50.,<br>Defendants. | **ORDER (1) VACATING MOTION HEARING; AND (2) DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** |

Defendants' pending motion to dismiss portions of plaintiff's complaint is deemed suitable for determination without oral argument. The March 20, 2012 hearing is vacated. Civ. L.R. 7-1(b).

The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than March 23, 2012**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C12-00107 HRL Notice will be electronically mailed to:**

2  Lester Hart                PaulHart@JohnsonMoncrief.com
   Vincent Hurley             vphurley@hurleylaw.com
3  Amanda Cohen               acohen@hurleylaw.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**