*E-FILED: February 1, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HMBY, LP; and NADER AGHA,<br>    Plaintiffs,<br>  v.<br>THE CITY OF SOLEDAD; FRED J. LEDESMA; and DOES 1-50,<br>    Defendants.<br>_____/ | No. C12-00107 HRL<br><br>**ORDER CONTINUING CMC AND SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

In light of the fact that Defendants have not responded to the Verified First Amended Complaint (Dkt. 35), the Case Management Conference, previously set for February 5, 2013, is continued to **February 26, 2013 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose.  The parties have relayed plans to file a stipulation to dismiss defendant Fred J. Ledesma, a defendant who was previously dismissed from this case with prejudice. Regardless of whether the parties submit this stipulation, Defendants shall respond to the operative complaint no later than **February 19, 2013**.  Additionally, the parties are ordered to exchange their initial disclosures in advance of the February 26 Case Management Conference.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00107 HRL Order will be electronically mailed to:**

Amanda Michelle Cohen:   acohen@hurleylaw.com, gforese@hurleylaw.com, mbrenkwitz@hurleylaw.com

Daniel Edward Griffee:   dan@johnsonmoncrief.com

Lester Paul Hart:   PaulHart@JohnsonMoncrief.com

Michael F Rodriquez:   mike@jarvisfay.com

Paul Hart:   paulhart@johnsonmoncrief.com

Vincent P. Hurley:   vphurley@hurleylaw.com, gforese@hurleylaw.com, mbrenkwitz@hurleylaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**