*E-FILED: March 8, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HMBY, LP; and NADER AGHA,<br>      Plaintiffs,<br>   v.<br>THE CITY OF SOLEDAD; FRED J. LEDESMA; and DOES 1-50,<br>      Defendants.<br>_____/ | No. C12-00107 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the fact that Plaintiffs have not responded to the Counterclaim filed by Defendants on February 19, 2013 (Dkt. 43), the Case Management Conference, previously set for March 12, 2013, is continued to **April 2, 2013 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose.  The parties are advised that their agreement to continue the briefing schedule on this matter, without leave of Court or even notice to the Court, is in violation of Civil Local Rule 6 and has necessitated the rescheduling of the Case Management Conference.  In the future, the Court expects the parties to follow the Local Rules and adhere to the case management schedule set by the Court.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE


**C12-00107 HRL Order will be electronically mailed to:**

Amanda Michelle Cohen:   acohen@hurleylaw.com, gforese@hurleylaw.com, mbrenkwitz@hurleylaw.com

Daniel Edward Griffee:   dan@johnsonmoncrief.com

Lester Paul Hart:   PaulHart@JohnsonMoncrief.com

Michael F Rodriquez:   mike@jarvisfay.com

Paul Hart:   paulhart@johnsonmoncrief.com

Vincent P. Hurley:   vphurley@hurleylaw.com, gforese@hurleylaw.com, mbrenkwitz@hurleylaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**