*E-Filed: December 20, 2013*

1  Vincent P. Hurley #111215
   Amanda M. Cohen #243946
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant/Counterclaimant
6  CITY OF SOLEDAD

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  HMBY, LP, a limited partnership, and        Case No. C12-00107-HRL
    NADER T. AGHA, an individual,
13                                              STIPULATION AND [PROPOSED]
                     Plaintiffs,                ORDER REMANDING COMPLAINT
14                                              AND COUNTERCLAIM
        vs.
15
    CITY OF SOLEDAD; and DOES 1 50,
16  inclusive,
17                   Defendants.
18
    AND RELATED COUNTERCLAIM
19

20          IT IS HEREBY STIPULATED by and between the parties to this action, through their

21  respective attorneys of record, as follows:

22          1.      Whereas, on November 8, 2013, the parties filed a Stipulation of Dismissal,

23  pursuant to Federal Rule of Civil Procedure 41(a), wherein Plaintiffs voluntarily dismissed the

24  first, second, third, fourth, fifth, sixth and eighth claims from their verified first amended

25  complaint; and

26          2.      Whereas the dismissal through stipulation took effect immediately, without order

27  of the Court; and

28

                                                1

3.      Whereas the jurisdictional basis for removal of this action to federal court was the federal questions presented in claims that were dismissed from Plaintiffs' complaint; and

4.      Whereas the counterclaim asserted by the City of Soledad states no federal claims; and

5.      Whereas no federal claim remains in the entire action, the parties' remaining claims, all arising under state law, are best adjudicated by a state court; and

6.      Whereas remand will unburden the District Court of this litigation and allow the action to proceed more efficiently and cost effectively in the Monterey County Superior Court; and

7.      Whereas remand will give the parties another opportunity to attempt to resolve the case without a trial;

8.      The parties agree and hereby request that the Court decline to exercise continuing supplemental jurisdiction over the parties' remaining claims and remand the action to the Monterey County Superior Court, and the parties hereby move the Court for an order to that effect.

IT IS SO STIPULATED.

Dated:  December 3, 2013

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: _____/s/ Amanda Cohen_____
        AMANDA COHEN
Attorneys for Defendant CITY OF SOLEDAD

Dated: December 16, 2013

JOHNSON, MONCRIEF & HART, PC

By: _____
        DAVID BALCH
Attorneys for Plaintiffs HMBY, LP and NADER T. AGHA

**ORDER**

2

1           Pursuant to stipulation of the parties, and good cause appearing, IT IS ORDERED that

2    this Court declines to exercise continuing supplemental jurisdiction over the remaining claims

3    and hereby remands the entire action to the Superior Court of Monterey County, State of

4    California.

5    Dated:    12/20/13

6                                     United States Magistrate Judge

7                                     Howard R. Lloyd