*E-Filed: December 20, 2013*

1   Vincent P. Hurley #111215
    Amanda M. Cohen #243946
2   LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation
3   38 Seascape Village
    Aptos, California 95003
4   Telephone: (831) 661-4800
    Facsimile: (831) 661-4804
5
    Attorneys for Defendant/Counterclaimant
6   CITY OF SOLEDAD

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11
                                          )   Case No. C12-00107-HRL
12   HMBY, LP, a limited partnership, and  )
     NADER T. AGHA, an individual,         )   STIPULATION AND [PROPOSED]
13                                         )   ORDER REMANDING COMPLAINT
                          Plaintiffs,      )   AND COUNTERCLAIM
14                                         )
         vs.                               )
15                                         )
     CITY OF SOLEDAD; and DOES 1 50,       )
16   inclusive,                            )
                                           )
17                        Defendants.      )
                                           )
18   ──────────────────────────────────── )
                                           )
19   AND RELATED COUNTERCLAIM              )
                                           )

20        IT IS HEREBY STIPULATED by and between the parties to this action, through their

21   respective attorneys of record, as follows:

22        1.    Whereas, on November 8, 2013, the parties filed a Stipulation of Dismissal,

23   pursuant to Federal Rule of Civil Procedure 41(a), wherein Plaintiffs voluntarily dismissed the

24   first, second, third, fourth, fifth, sixth and eighth claims from their verified first amended

25   complaint; and

26        2.    Whereas the dismissal through stipulation took effect immediately, without order

27   of the Court; and

28
                                          1

1    3.    Whereas the jurisdictional basis for removal of this action to federal court was the

2    federal questions presented in claims that were dismissed from Plaintiffs' complaint; and

3    4.    Whereas the counterclaim asserted by the City of Soledad states no federal

4    claims; and

5    5.    Whereas no federal claim remains in the entire action, the parties' remaining

6    claims, all arising under state law, are best adjudicated by a state court; and

7    6.    Whereas remand will unburden the District Court of this litigation and allow the

8    action to proceed more efficiently and cost effectively in the Monterey County Superior Court;

9    and

10    7.    Whereas remand will give the parties another opportunity to attempt to resolve the

11    case without a trial;

12    8.    The parties agree and hereby request that the Court decline to exercise continuing

13    supplemental jurisdiction over the parties' remaining claims and remand the action to the

14    Monterey County Superior Court, and the parties hereby move the Court for an order to that

15    effect.

16    IT IS SO STIPULATED.

17    Dated:  December 3, 2013

18    LAW OFFICES OF VINCENT P. HURLEY
       A Professional Corporation

19    By:    _____/s/ Amanda Cohen_____
                    AMANDA COHEN
20    Attorneys for Defendant CITY OF SOLEDAD

21    Dated: December 16, 2013

22    JOHNSON, MONCRIEF & HART, PC

23    By: _____
                    DAVID BALCH
24    Attorneys for Plaintiffs HMBY, LP and NADER T.
       AGHA

25

26    **ORDER**

27

28

2

1        Pursuant to stipulation of the parties, and good cause appearing, IT IS ORDERED that

2 this Court declines to exercise continuing supplemental jurisdiction over the remaining claims

3 and hereby remands the entire action to the Superior Court of Monterey County, State of

4 California.

5 Dated:    __12/20/13_____

6                            _____

                              United States Magistrate Judge

7                               Howard R. Lloyd